AGNES CLARK, Respondent, v. FRANKLIN N. STOWELL, Appellant, Impleaded with Others, Defendants.— Motion for reargument and to amend judgment

denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.